UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- X
JANINE CARBONE, on behalf of plaintiff and :
a class,
                                                                         :
        Plaintiff,                                                       INDEX NO. 15-cv-5190

   -against-                                                             NOTICE OF MOTION TO DISMISS
                                                                         PLAINTIFF'S CLASS ACTION
CALIBER HOME LOANS, INC.;                   COMPLAINT

        Defendants.                                                      ORAL ARGUMENT REQUESTED

---------------------------------------- X
        To:     All Attorneys of Record

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 12(b)(6) and upon the accompanying memorandum of law, Defendant Caliber Home Loans, Inc. will move this Court, before Hon. Joanna Seybert, U.S.D.J., at the courthouse, 100 Federal Plaza, Central Islip, NY 11722, for an order dismissing the Complaint in this case for failure to state a claim upon which relief can be granted.

Dated:  New York, New York.                 Respectfully submitted,
         October 12, 2015

                                                          PERKINS COIE LLP

                                                      By:  */s/ Manny J. Caixeiro*
                                                          Manny J. Caixeiro, Bar No. 4216230
                                                          30 Rockefeller Center, 22th Floor
                                                          New York, NY  10112-0085
                                                          212.262.6900

                                                          David T. Biderman, CA Bar. No. 101577
                                                          Perkins Coie LLP
                                                          505 Howard Street, Suite 1000
                                                          San Francisco, CA 94105-3204
                                                          415.344.7000

Frederick B. Rivera, WSBA #23008
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
206.359.8000

*Attorneys for Defendant Caliber Home Loans, Inc.*